**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-00106-LTB

JOSEPH BARRETT,

       Plaintiff,

v.

CONVERGENT OUTSOURCING, INC., a Washington corporation,

       Defendant.
_____

**ORDER**
_____

       THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 8 - filed March 12, 2013), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   March 13, 2013